**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **TARA PATRICK TAYLOR,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-7737** |
| | : | |
| **KENCREST,** | : | |
| **Defendant.** | : | |

**ORDER**

AND NOW, this 25th day of November, 2026, upon consideration of Plaintiff Tara Patrick Taylor's *pro se* Motion to Proceed *In Forma Pauperis* (ECF No. 1), Amended Complaint (ECF No. 9), "Motion for Protection Order" (ECF No. 29), Motion for Recusal (ECF No. 30), Motion to Seal (ECF No. 32), and motion for appointment of counsel (ECF No. 34), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Amended Complaint is **DEEMED** filed.

3. For the reasons stated in the accompanying Memorandum, the Amended Complaint is dismissed as follows:

a. All federal claims are **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

4. The Motion for Protection Order (ECF No. 29) is **DENIED**.

5. The Motion for Recusal (ECF No. 30) is **DENIED** for the reasons stated in the accompanying Memorandum.

6. The Motion to Seal (ECF No. 32) is **DENIED** for the reasons stated in the accompanying Memorandum.

7. The Clerk of Court is **DIRECTED** to mark ECF Nos. 13, 21, 24, and 16 as "case participant and public terminal view only" because these documents potentially contain personally identifiable information.

8. Taylor's motion for appointment of counsel (ECF No. 34) is **DENIED AS MOOT**. *See Tabron v. Grace*, 6 F.3d 147, 155 (3d Cir. 1993).

9. **For the reasons stated in the accompanying Memorandum, the privilege of using the Court's Electronic Document Submission ("EDS") tool is hereby REVOKED**. Taylor may not use EDS to submit documents to this Court in this case, or in any other case in the Eastern District of Pennsylvania, including in any future filed cases, until further Court Order. Any documents that Taylor submits using EDS or using electronic mail will not be filed with the Court. This revocation will apply to all filings in this District submitted by Taylor after entry of this Order. Taylor's previous submissions in the above-captioned case via the EDS tool, if any, shall be docketed.

10. Nothing in this Order prevents Taylor from filing documents with the Court by mailing them to the Clerk of Court or bringing them to the courthouse.

11. The Court reiterates that Taylor is prohibited from initiating any *ex parte* communication with the Chambers of the undersigned by telephone or email.

12. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**BY THE COURT:**

*/s/ John Milton Younge*

**JOHN MILTON YOUNGE, J.**